33 A.3d 1262

Jacqueline WRIGHT and Howard Wright, Parents and Natural Guardians of Jared Wright, a Minor Child and in their own right,

v.

AVENTIS PASTEUR, INC., Merck & Co., Inc., American Home Products d/b/a Wyeth, Wyeth Laboratories, Wyeth–Ayerst, Wyeth–Ayerst Laboratories, Wyeth Lederle, Wyeth Lederle Vaccines, and Lederle Laboratories c/o CT Corporation Systems.

Petition of Wyeth LLC.

Supreme Court of Pennsylvania.

Dec. 28, 2011.

No. 83 EAL 2011.

## ORDER

PER CURIAM.

AND NOW, this 28th day of December, 2011, the Petition for Allowance of Appeal is **GRANTED,** the Order of the Superior Court is **VACATED,** and the matter is **REMAND-**

**ED** for proceedings consistent with *Bruesewitz v. Wyeth LLC,* —— U.S. ——, 131 S.Ct. 1068, 1082, 179 L.Ed.2d 1 (2011) ("[T]he National Childhood Vaccine Injury Act preempts all design-defect claims against vaccine manufacturers brought by plaintiffs who seek compensation for injury or death caused by vaccine side effects.").

Petitioner's Application for Leave to File a Supplemental Brief in Support of Petition for Allowance of Appeal is **DENIED.**